**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 01-6592**

—————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JIMMY BACON,

                              Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CR-95-123-BO, CA-01-61-5-BO)

—————————

Submitted:  June 21, 2001          Decided:  July 5, 2001

—————————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Jimmy Bacon, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Bacon appeals the district court's order dismissing his motion under 28 U.S.C.A. § 2255 (West Supp. 2000) as untimely.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss Bacon's appeal substantially on the reasoning of the district court.[*]  <u>See</u> <u>United States v. Bacon</u>, Nos. CR-95-123-BO; CA-01-61-5-BO (E.D.N.C. Mar. 16, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] We recently held in <u>United States v. Sanders</u>, 247 F.3d 139, 146 (4th Cir. 2001), that the new rule announced in <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), is not retroactively applicable to cases on collateral review.  Accordingly, Ramirez's <u>Apprendi</u> claim is not cognizable.